**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **LOGITRAQ, LLC,**<br><br>               Plaintiff,<br>v.<br><br>**ABF FREIGHT SYSTEM, INC.,**<br><br>               Defendant. | Case No. 6:14-cv-953<br><br>**CONSOLIDATED CASE**<br><br>**LEAD CASE** |
| **LOGITRAQ, LLC,**<br><br>               Plaintiff,<br>v.<br><br>**HELENA CHEMICAL COMPANY,**<br><br>               Defendant. | Case No. 6:14-cv-964<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

**AGREED MOTION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS
BETWEEN PLAINTIFF LOGITRAQ, LLC AND
<u>DEFENDANT HELENA CHEMICAL COMPANY</u>**

Plaintiff Logitraq, LLC ("Logitraq") and Defendant Helena Chemical Company ("Helena"), pursuant to Federal Rule of Civil Procedure 41 and their agreement, hereby move for an order dismissing all claims by Logitraq against Helena made therein, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

Wherefore, Logitraq respectfully requests that the Court enter the proposed order of dismissal submitted herewith.

Dated: May 6, 2015 Respectfully submitted,

   /s/ *Craig Tadlock*
Craig Tadlock
State Bar No. 00791766
John J. Harvey, Jr.
State Bar No. 09179770
Keith Smiley
State Bar No. 24067869
TADLOCK LAW FIRM PLLC
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
903-730-6789
craig@tadlocklawfirm.com
john@tadlocklawfirm.com
keith@tadlocklawfirm.com

*Attorneys for Plaintiff Logitraq, LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 6, 2015, I conferred with counsel for Defendant, and the parties agree to the form and substance of this motion.

   /s/ *Keith Smiley*
Keith Smiley

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system, in accordance with Local Rule CV-5(a)(3), on May 6, 2015.

   /s/ *Craig Tadlock*
Craig Tadlock